B 265
(1/88)

# United States Bankruptcy Court
__Southern__ District of __New York__

In re:
MARKETXT HOLDINGS CORP., ET. AL.,
                  **Debtor**

Bankruptcy Case No. 04-12078 (ALG)

ALAN NISSELSON, AS CHAPTER 11
TRUSTEE OF MARKETXT HOLDINGS CORP.,
AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS
                  **Plaintiff**
                  v.

B.C. 06.0165

[Stamp: U.S. DISTRICT COURT - DE
MISC. CASE # 06-78]

EMPYREAN INVESTMENT
FUND, LP ET AL.
                  **Defendant**

Adv. Proc. No. 05-01268 (ALG)

[Stamp: FILED 2006 APR -7 AM 9:45 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the bankruptcy court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on __March 20, 2006__ as it appears of record in my
                                                                   (date)
office, and that:

☐ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                             (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ (name of court) _____ issued on _____ (date).

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____ (date).

X An appeal was taken from this judgment, and the appeal is pending.

Attached is a certified copy of an Order approving registration of judgment in another district.

                                    Kathleen Farrell-Willoughby
                                Clerk of the Bankruptcy Court

                        By: _____[signature]_____
                            Deputy Clerk
                            3/23/2006
                            Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                          :
                                               :    Chapter 11
MarketXT Holdings Corp., et al.,               :
                                               :    Case No. 04-12078 (ALG)
            Debtors.                           :
------------------------------------------------------------x
ALAN NISSELSON, as Chapter 11                  :
Trustee of MarketXT Holdings Corp., and the    :
Official Committee of Unsecured Creditors,     :
                                               :
            Plaintiffs,                        :
                                               :    Adv. Proc. No. 05-01268 (ALG)
   -v.-                                        :
                                               :
EMPYREAN INVESTMENT FUND, LP,                  :
EMPYREAN GENERAL PARTNER, LLC,                 :
ASH MASTER FUND, LP, ASH MASTER                :
FUND II, LLC, ASH MASTER FUND II,              :
LP, ASH FUND LP f/k/a EMPYREAN                 :    JUDGMENT AND ORDER
FUND LP, ASH FUND II LP, ASH                   :
CAPITAL, LLC f/k/a, ASH CAPITAL                :
MANAGEMENT, ASH GENERAL                        :
PARTNER, LLC, ASH OFFSHORE                     :
FUND LTD, ASH GENERAL PARTNER                  :
OFFSHORE, LTD, RAUF ASHRAF,                    :    BC 06.0165
and JOHN DOES 1 through 10,                    :
                                               :
            Defendants.                        :
------------------------------------------------------------x

U.S. DISTRICT COURT - DE
MISC. CASE # 06 - 78

On January 10, 2006, the Court having issued a Memorandum of Opinion finding Defendant Rauf Ashraf in civil contempt of an order of the Court and finding all Defendants, including Empyrean Investment Fund, LP, Empyrean General Partner, LLC, Ash Master Fund, LP, Ash Master Fund II, LLC, Ash Master Fund II, LP, Ash Fund LP f/k/a Empyrean Fund LP, Ash Fund II LP, Ash Capital, LLC f/k/a Ash Capital Management, Ash General Partner, LLC, Ash Offshore Fund Ltd. and Ash General Partner Offshore Ltd., and Rauf Ashraf in violation of an agreed stipulation made in open court; and on January 27, 2006 this Court having entered an order (the "Contempt Order"); and Defendants having failed to comply with their obligations

under the Contempt Order to restore $6.7 million to the Restrained Funds (as defined in the Memorandum of Opinion); it is hereby

**ADJUDGED** that **the Trustee is** ~~Plaintiffs are~~ awarded judgment against Defendants, jointly and severally, in the amount of **six million seven hundred thousand dollars ($6,700,000)** solely with respect to their noncompliance with the Contempt Order; and it is further

**ADJUDGED** that this judgment shall bear interest at the federal judgment rate from the date of its entry until the date it is fully satisfied; and it is further

**ORDERED AND ADJUDGED** that **the Trustee may have execution on this Judgment and** for good cause shown this judgment may be immediately registered in any other federal district pursuant to 28 U.S.C. § 1963.

Dated: New York, New York
       March 20, 2006

_/s/ Allan L. Gropper_
HONORABLE ALLAN L. GROPPER
United States Bankruptcy Judge

I hereby attest and certify on March 23, 2006
that this document is a full, true and correct
copy of the original filed on the court's
electronic case filing system

Clerk, US Bankruptcy Court, SDNY

By: _Liza Ebanks_  Deputy Clerk

- 2 -

156234-3



BRAUNER BARON ROSENZWEIG & KLEIN, LLP

ATTORNEYS AT LAW
61 BROADWAY
NEW YORK, NEW YORK 10006-2794

TELEPHONE: (212) 797-9100
FACSIMILE: (212) 797-9161
www.braunerbaron.com

MEMBERS OF THE FIRM
DAVID A. BRAUNER
DAVID R. KAY
MEL P. BARKAN
CHRISTOPHER C. SCHWABACHER
ALAN MICHIGAN
HOWARD L. SIMON
CHARLES A. DAMATO
ALAN NISSELSON*
MICHAEL J. CLAIN
NINA P. SILFEN
LESLIE S. BARR
ERIC W. OLSON^
CHRISTOPHER L. CHIN
REGINA GRIFFIN

*ADMITTED IN NY AND FL
^ADMITTED IN NY, NJ, AND PA

FOUNDER
HERMAN GOLDMAN (1880-1968)

HERMAN M. BRAUNER (1903-1980)
STANLEY KLEIN (1934-1998)
RAYMOND S. BARON (1916-1998)
SEYMOUR H. KLIGLER (1920-1998)
PAUL BAUMAN (1922-1999)
ELIAS ROSENZWEIG (1918-2003)
NORMAN H. SPARBER (1917-2004)

OF COUNSEL
JULES M. BARON
MICHAEL L. GOLDSTEIN
JEFFREY S. TALLACKSON
DENISE L. IOCCO
WILLIAM L. TUROK

E-Mail
@braunerbaron.com
Direct Dial

April 6, 2006

Peter T. Dalleo
Clerk of the Court
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801


U.S. DISTRICT COURT - DE
MISC. CASE # 06-78

Re: **MarketXT Holdings Corp.** *et al..*
**Registration of Judgment**
<u>Our File No. 23024-0006</u>

Dear Mr. Dalleo:

I enclose a certified copy of the judgment entered on March 20, 2006 in the U.S. Bankruptcy Court, Southern District of New York in favor of Alan Nisselson, Chapter 11 Trustee of MarketXT Holdings Corp. against Empyrean Investment Fund *et al.*

This office respectfully requests the registration of the judgment in the District of Delaware.

I also enclose a check in the amount of $39.00 in payment of the filing fee and a self-addressed pre-paid envelope for the return of a copy confirming registration.

Should you have any questions or require additional information, please do not hesitate to contact me at the above telephone number.

Very truly yours,



Cindy Gugg
Legal Assistant

161500_1.DOC